JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIRON ELIAS, | Case No. 2:21-cv-06054-MWF-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| C/O JACOBS, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: December 22, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge